**FILED**
November 21, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Mag 06-0322 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JANELLE MILLER, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Janelle Miller</u>, Case No. <u>Mag 06-0322 DAD</u>, Charge <u>Title 21 USC §§ 841 (a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ <u>50,000°° co-signed by father w/ 3rd party custody.</u>

    X  Unsecured Appearance Bond

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

    X  (Other) <u>With pretrial services supervision on conditions.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 21, 2006</u> at <u>3:00</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal