UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION



FILED

MAR 1 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The United States

-vs-

Janelle Miller                        Docket No. 2:06-CR-00495-MCE-002

**COMES NOW** Steven Joseph Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Janelle Miller, who was placed on bond by the Honorable Dale A. Drozd, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 21st day of November, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Counts One, Three, Four and Five of the Indictment: 21 USC 841(a)(1) - Conspiracy to Distribute at Least 50 Grams of Cocaine Base, Distribution of at Least 5 Grams of Cocaine Base, Distribution of at Least 50 Grams of Cocaine Base and Distribution of Cocaine Base.
**BOND CONDITIONS:** The defendant was released on a $50,000 unsecured bond, co-signed by her father/third party custodian, with Pretrial Services supervision and special conditions of release. Please see attachment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant tested positive for marijuana on February 6, 2008, and presumptively positive for marijuana on February 29, 2008. Ms. Miller admitted to smoking marijuana prior to February 6, 2008. Also, the defendant missed drugs tests, without the prior approval of Pretrial Services, on March 6, 2008; February 22, 26 and 27, 2008; January 3 and 24, 2008; and December 11, 2007. Ms. Miller has consistently missed drug tests throughout her period of supervision and she does not consistently report to Pretrial Services on a weekly basis as directed.

**PRAYING THAT THE COURT WILL ORDER** a bail violation hearing held before Your Honor at 2:00 p.m. on Friday, March 14, 2008, to address the defendant's positive marijuana tests, her unexcused absences from drug testing and her non-compliance in reporting to Pretrial Services as directed.

**LAST KNOWN ADDRESS:**      On file with Pretrial Services
**TELEPHONE NUMBER:**        On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                            Respectfully submitted,

                                            /s/ Steven J. Sheehan

                                            Steven J. Sheehan
                                            Pretrial Services Officer
                                            March 11, 2008

_____**ORDER**_____

____   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _____.

____   The Court hereby orders this ex parte motion and order be sealed.

____   The Court orders a summons be issued with an appearance date of _____.

  X    The Court hereby orders this matter placed on this court's calendar on 3/14/08 at 2 p.m. and orders the Pretrial Services Officer to contact
       the defendant and/or attorney of record to advise them of said order.

                                            Considered and ordered this 12th day of
                                            March, 2008, and ordered filed and
                                            made a part of the records in the above case.

                                            _____
                                            Dale A. Drozd
                                            U.S. Magistrate Judge

Pretrial Services Violation Petition - page 2
MILLER, Janelle

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the Pretrial Services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug and/or alcohol testing as approved by the Pretrial Services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your Pretrial Services officer;

9. You shall not associate or have any contact, direct or indirect, with any co-defendant in this case unless in the presence of counsel; and

10. You shall remain in the third party custody of your father, Johnny Miller, who shall immediately notify Pretrial Services of any violations of the release conditions.