**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Janelle Miller

## IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S 06-495 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER MODIFYING |
| ) | CONDITIONS OF RELEASE |
| vs. ) | |
| ) | |
| JANELLE MILLER ) | |
| ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the condition of release requiring electronic monitoring be removed. This modification is appropriate because, according to Steven Sheehan, Pre-Trial Release office, Ms. Miller is employed, (verified), making her tests (negative), in school, maintained her residence and her EM schedule.  Again, according to Mr. Sheehan, Ms. Miller seems to have adjusted well after her bail violation hearing.

Mr. Sheehan agrees with this stipulation and proposed order.

-1-

For the above stated reasons it is stipulated and agreed that defendant Janelle Miller's condition of release requiring electronic monitoring be removed. All other conditions or release to remain the same.

**IT IS SO STIPULATED**

/S/ JASON HITT
Jason Hitt, Esq.,                          Dated: July 23, 2008
Assistant United States Attorney
Attorney for Plaintiff


/S/Michael B. Bigelow                      Dated: July 23, 2008
Michael B. Bigelow
Attorney for Defendant

**ORDER**

**IT IS ORDERED** that pursuant to stipulation and for good cause shown the conditions of release for requiring electronic monitoring be removed.

DATED:  July 24, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE