**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Janelle Miller

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S 06-495 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER MODIFYING |
| ) | CONDITIONS OF RELEASE |
| vs. ) | |
| ) | ORDER |
| JANELLE MILLER ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

   IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that Janelle Miller, defendant herein may be released from the custody of the United States Marshall's on February 27, 2009, to the The Effort, 1550 Juliesse Ave. Sacramento 95815, a half-way house. The arrangements for Ms. Millers housing there have been made by pre-trial services officer Steve Sheehan.

-1-

**IT IS SO STIPULATED**


/S/ JASON HITT
Jason Hitt, Esq.,                                    Dated: February 27, 2009
Assistant United States Attorney
Attorney for Plaintiff




/S/Michael B. Bigelow                                Dated: February 27, 2009
Michael B. Bigelow
Attorney for Defendant




**ORDER**

   **IT IS ORDERED** that pursuant to stipulation and for good cause shown the conditions of release for requiring electronic monitoring be removed.

DATED: February 27, 2009.

_____
U.S. MAGISTRATE JUDGE