**MICHAEL B. BIGELOW**
Attorney at Law - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Janelle Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>JANELL MILLER<br><br>Defendants | No. Cr.S-06-495 MCE<br><br>STIPULATION AND PROPOSED ORDER CONTINUING STATUS<br><br>Date: August 13, 2009<br>Time: 9:00 AM<br>Court: MCE |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, presently calendared for Thursday, June 15, 2009, at 9:00 AM, for status conference be rescheduled for August 13, 2009 at 9:00 AM for status conference.

The defendants requests that this case be continued in order that the parties may continue to work on and finalize the details of a possible resolution.

It is further stipulated that the period from June 25, 2009, through and including August 13, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4, for continuity and preparation of counsel.

Respectfully submitted,

DATED: June 20, 2009

/S/ MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant
Jannell Miller

DATED: June 20, 2009

/S/ JASON HITT
Jason Hitt
Attorney for plaintiff

**IT IS SO ORDERED.**

**DATED:** June 23, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE