```
LAWRENCE G. BROWN
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06-cr-0495 MCE |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME AS TO DEFENDANT JANELLE MILLER |
| v. ) | |
| KENNETH RAPIER, et al., ) | |
| Defendants. ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Janelle MILLER, by and through his counsel, Michael Bigelow, Esq., stipulate and agree that the currently-set status conference on August 13, 2009, should be continued to October 15, 2009, at 9:00 a.m. The parties further stipulate that the time period from August 13, 2009, up to and including the new status conference date of October 15, 2009, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for defendant MILLER may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the

1

1 defense agrees that the impending sentencing of co-defendant Kenneth
2 RAPIER on August 13, 2009, will likely have a direct impact on the
3 sentencing exposure and/or negotiated plea offer from the government
4 and, as a result, counsel for the defendant needs additional time to
5 continue discussions with the government regarding resolution of the
6 case against the defendant, effectively evaluate the posture of the
7 case and potentially prepare for trial, and conduct further
8 investigation into mitigation of the defendant's federal sentencing
9 exposure in this case.  Id.  For these reasons, the defendant,
10 defense counsel, and the government stipulate and agree that the
11 interests of justice served by granting this continuance outweigh
12 the best interests of the public and the defendant in a speedy
13 trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney

DATED: August 13, 2009          By:  /s/Jason Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney

DATED: August 13, 2009          By:  /s/Michael Bigelow by Jason Hitt
                                     Authorized to sign for Mr.
                                     Bigelow on 08-12-09
                                     MICHAEL BIGELOW, Esq.
                                     Attorney for Janelle MILLER

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for August 13, 2009, at 9:00 a.m. is VACATED;

2. A status conference for defendant Janelle MILLER is set for October 15, 2009, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from August 13, 2009, up to and including October 15, 2009.

Dated: August 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE