**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Janelle Miller

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S 06-495 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER MODIFYING |
| ) | CONDITIONS OF RELEASE |
| vs. ) | |
| ) | |
| JANELLE MILLER ) | |
| ) | |
| ) | |
| Defendant ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that Janelle Miller, defendant herein may travel to Oakland California and San Francisco California on Friday, November 20, 2009 and return on Saturday, November 21, 2009. Ms. Miller will be in the company of her father and mother to attend a funeral and to attend a birthday party.

The above referenced modification has been discussed with Pre-Trial Services Officer, Steven Sheehan, and he is in agreement.

All other conditions of pre-trial release to remain in full force and effect.

**IT IS SO STIPULATED**

/S/ JASON HITT
Jason Hitt, Esq.,                              Dated: November 13, 2009
Assistant United States Attorney
Attorney for Plaintiff


/S/Michael B. Bigelow                          Dated: November 13, 2009
Michael B. Bigelow
Attorney for Defendant

**ORDER**

**IT IS ORDERED** that pursuant to stipulation and with the concurrence of pretrial services, Janelle Miller shall be permitted to travel to Oakland, California and San Francisco, California on November 20, 2009 and return to Sacramento, California on November 21, 2009.

DATED: November 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/miller0495.stipord