**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Janelle Miller

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-06-495 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| vs. ) | Date: January 7, 2010 |
| ) | Time: 9:00 AM |
| ) | Court: MCE |
| JANELLE MILLER, ) | |
| ) | |
| ) | |
| Defendant ) | |

The defendant set forth above is charged with distribution of cocaine base and related charges and at the present time, is facing a minimum mandatory ten years to life imprisonment. Her co-defendant has pled guilty and been sentenced. Ms. Miller is on pretrial release.

There are issues in this case relating to Ms. Miller's comparative involvement and the amount of contraband attributable to her under the Guidelines which have yet to be

resolved and the parties are working to foster resolution short of trial.

Accordingly, it is hereby stipulated by the parties that the status conference in this matter, which is scheduled for December 10, 2009, be continued to Thursday, January 7, 2010, at 9:00 AM for entry of plea or setting of jury trial.

I declare under penalty of perjury that the foregoing is true and correct.

Signed at Sacramento, California on December 8, 2009.


/S/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant, Miller


**STIPULATION**

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case presently set for **Thursday**, **December 10, 2009 at 9:00 a.m**. be continued without appearance, for the reasons set forth above, to **Thursday, January 7, 2010**, **at 9:00 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(B)(ii)&(iv)(Local Codes T2 and T4) through January 7, 2010, due to complexity of the case and in the

-2-

interest of justice to allow the defense time to further prepare for trial and negotiate resolution, if possible.

/S/ JASON M. HITT, Esq.                December 8, 2009
Jason Hitt,
Assistant United States Attorney
Counsel the United States

/S/ MICHAEL BRADY BIGELOW, Esq.        December 8, 2009
Michael B. Bigelow
Counsel for Janelle Miller

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status conference in the above entitled case, presently scheduled for Thursday, December 10**, 2009**, be continued without appearance to Thursday, January 7, 2010, **at 9:00 a.m.**

It is further ordered that time be excluded through January 7, 2010, pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

**IT IS SO ORDERED.**

**DATED: December 9, 2009**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE