MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Janelle Miller

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00495-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | Date: January 28, 2010 |
| | Time: 9:00 AM |
| JANELLE MILLER, | Court: MCE |
| Defendant | |

    The defendant set forth above is charged with distribution of cocaine base and related charges and at the present time, is facing a minimum mandatory ten years to life imprisonment. Her co-defendant has pled guilty and been sentenced. Ms. Miller is on pretrial release.

    There are issues in this case relating to Ms. Miller's comparative involvement and the amount of contraband attributable to her under the Guidelines which have yet to be

-1-

1  resolved and the parties are working to foster resolution short
2  of trial.
3      Accordingly, it is hereby stipulated by the parties that
4  the status conference in this matter, which is scheduled for
5  January 7, 2010, be continued to Thursday, January 28, 2010, at
6  9:00 AM for entry of plea or setting of jury trial.
7      I declare under penalty of perjury that the foregoing is
8  true and correct.
9      Signed at Sacramento, California on January 6, 2010.
10
11
12                      /S/MICHAEL B. BIGELOW
                        Michael B. Bigelow
13                      Attorney for Defendant, Miller
14
15
16
17
18
19
20
21
22
23
24
25

## STIPULATION

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case presently set for **Thursday**, **January 7, 2010, at 9:00 a.m**. be continued without appearance, for the reasons set forth above, to **Thursday, January 28, 2010**, **at 9:00 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through January 28, 2010, due to complexity of the case and in the interest of justice to allow the defense time to further prepare for trial and negotiate resolution, if possible.

/S/ JASON M. HITT, Esq.                              January 6, 2010
Jason Hitt,
Assistant United States Attorney
Counsel the United States

/S/ MICHAEL BRADY BIGELOW, Esq.                      January 6, 2010
Michael B. Bigelow
Counsel for Janelle Miller

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status conference in the above entitled case, presently scheduled for Thursday, January, 7, 2010**,** be continued without appearance to Thursday, January 28, 2010, **at 9:00 a.m.**

It is further ordered that time be excluded through January 28, 2010, pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

Time is excluded in accordance with 18 U.S.C. Sections 3161(h)(7)(B)(ii) and (iv) (Local Codes T-2 and T-4).

**DATED:** January 6, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE