BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH RAPIER, et al.,<br>Defendants. | Case No. 2:06-cr-00495 MCE<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME AS TO DEFENDANT JANELLE MILLER |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Janelle MILLER, by and through his counsel, Michael Bigelow, Esq., stipulate and agree that the currently-set status conference on February 12, 2010, should be continued to March 18, 2010, at 9:00 a.m. The parties further stipulate that the time period from February 12, 2010, up to and including the new status conference date of March 18, 2010, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for defendant MILLER may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Specifically, the defendant agrees that she is waiting for the government's plea offer and will need time to review that plea offer once it is received. In addition, the defense counsel needs additional time to effectively evaluate the posture of the case and potentially prepare for trial and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case. Id. For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 11, 2010 By: /s/Jason Hitt
JASON HITT
Assistant U.S. Attorney

DATED: February 11, 2010 By: /s/Michael Bigelow by Jason Hitt
Authorized to sign for Mr. Bigelow on 02-10-10
MICHAEL BIGELOW, Esq.
Attorney for Janelle MILLER

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for February 12, 2010, at 9:00 a.m. is VACATED;

2. A status conference for defendant Janelle MILLER is set for March 18, 2010, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from February 12, 2010, up to and including March 12, 2010.

Dated: February 11, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE