**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Janelle Miller

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-06-495 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING MATTER FOR COP |
| vs. ) | Date: March 25, 2010 |
| ) | Time: 9:00 AM |
| ) | Court: MCE |
| JANELLE MILLER, ) | |
| ) | |
| ) | |
| Defendant ) | |

The defendant set forth above is charged with distribution of cocaine base and related charges and at the present time, is facing a minimum mandatory ten years to life imprisonment. She is presently in custody.

As a result of scheduling difficulties and the press of business, the government just recently was able to provide the defense with an amended plea agreement. However, although it was hoped discussions relative to the changes would occur on Tuesday, because of scheduling difficulties that did not happen

-1-

as planned. As a consequence, the parties respectfully request that this matter be continued for change of plea to March 25, 2010 for change of plea.

Accordingly, it is hereby stipulated by the parties that the status conference in this matter, which is scheduled for March 18, 2010, be continued to Thursday, March 25, 2010, at 9:00 AM for entry of plea.

I declare under penalty of perjury that the foregoing is true and correct.

Signed at Sacramento, California on March 17, 2010.


        /S/MICHAEL B. BIGELOW
        Michael B. Bigelow
        Attorney for Defendant, Miller


**STIPULATION**

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case presently set for **Thursday**, **March 18, 2010 2009 at 9:00 a.m**. be continued without appearance, for the reasons set forth above, to **Thursday, March 25, 2010**, **at 9:00 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through January

-2-

1  7, 2010, due to complexity of the case and in the interest of
2  justice to allow the defense time to further prepare for trial
3  and negotiate resolution, if possible.
4
5
   /S/ JASON M. HITT, Esq.                        March 17, 2010
6  Jason Hitt,
   Assistant United States Attorney
7  Counsel the United States

8  /S/ MICHAEL BRADY BIGELOW, Esq.                March 17, 2010
   Michael B. Bigelow
9  Counsel for Janelle Miller
10
11
12                              **ORDER**
13
       **GOOD CAUSE APPEARING** and upon the stipulation of the
14 parties,
15
       **IT IS HEREBY ORDERED** that the status conference in the
16 above entitled case, presently scheduled for Thursday, March 18,
17
   2010, be continued without appearance to Thursday, March 25,
18
   2010 **at 9:00 a.m.**
19
20 ///
21 ///
22 ///
23 ///
24 ///
25

-3-

1  It is further ordered that time be excluded through March
2  25, 2010, pursuant to the Speedy Trial Act exclusion sections
3  set forth in the stipulation above.

**IT IS SO ORDERED**

Dated: March 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE