DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JANELLE MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:06-cr-00495-MCE |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO REDUCE** |
| | ) **SENTENCE PURSUANT TO 18 U.S.C.** |
| v. | ) **§ 3582(c)(2)** |
| | ) |
| JANELLE MILLER, | ) **RETROACTIVE CRACK COCAINE REDUCTION** |
| | ) **CASE** |
| Defendant. | ) |
| | ) Judge: Honorable MORRISON C. |
| _____ | ) ENGLAND, Jr. |

Defendant, JANELLE MILLER, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. Ms. Miller was sentenced by this Court on June 10, 2010, to a term of 48 months.

1    Her guideline range was 70 to 87 months, based on a total offense level

2    of 25 and criminal history category III, and she received a 30%

3    reduction from the low end of the applicable guideline range;

4         3.    The sentencing range applicable to Ms. Miller was

5    subsequently lowered by the United States Sentencing Commission by

6    amendment made retroactive on June 30, 2011;

7         4.    Accordingly, Ms. Miller's adjusted offense level has been

8    reduced from 25 to 21, which at Criminal History Category III produces

9    a new applicable guideline range of 46 to 57 months.  A new sentence

10   based on the resulting guideline range, the prior computation of

11   specific offense characteristics, adjustments, criminal history

12   category, and departures, and application of the same 30% reduction Ms.

13   Miller received at the initial sentencing would result in a sentence of

14   32 months.

15        5.    Ms. Miller was not sentenced at a congressionally mandated

16   minimum sentence, and she is therefore eligible for a reduction of her

17   sentence by retroactive application of Amendment 750 pursuant to 18

18   U.S.C. § 3582(c)(2) and policy statement U.S.S.G. § 1B1.10;

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

-2-

1    6.   Accordingly, the parties respectfully request the court enter

2  the order lodged herewith resentencing Ms. Miller to a sentence of 32

3  months.

4  Dated:  December 16, 2011

5  Respectfully submitted,

6  BENJAMIN B. WAGNER                 DANIEL J. BRODERICK
   United States Attorney             Federal Defender
7

8    /s/ Jason Hitt                    /s/ David M. Porter
   JASON HITT                         DAVID M. PORTER
9  Assistant U.S. Attorney            Assistant Federal Defender

10 Attorney for Plaintiff             Attorney for Movant
   UNITED STATES OF AMERICA           JANELLE MILLER
11

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**ORDER**

On June 10, 2010, this Court sentenced Ms. Miller to a term of imprisonment of 48 months.  The parties agree, and the Court finds, that Ms. Miller is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces her applicable offense level from 25 to 21.

IT IS HEREBY ORDERED that the term of imprisonment imposed on June 10, 2010 is reduced to 32 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Ms. Miller shall report to the United States Probation office closest to the release destination within seventy-two hours after her release.

Dated: December 20, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE